# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARRY PORCHIA,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 2:25-cv-01839-APG-NJK

**Order for Response to Motion for Temporary Restraining Order**

[ECF No. 1-1]

Larry Porchia, an inmate incarcerated at High Desert State Prison, moves for a temporary restraining order, alleging that the defendants are being deliberately indifferent to his serious heart condition. ECF Nos. 1-1; 6. I have screened the complaint, and Porchia's Eighth Amendment claim for deliberate indifference to serious medical needs will proceed against Sgt. Betterly, John and Jane Doe Nurses (when Porchia learns their identities), and James Dzurenda and James Bean (in their official capacities only). ECF No. 5 at 10.

Given the serious nature of Porchia's allegations, I order these defendants to respond to the motion for temporary restraining order by October 21, 2025. The defendants do not waive any objections or arguments they may have on procedural grounds by responding to the merits of Porchia's motion in response to this expedited situation.

I THEREFORE ORDER that within 10 days from the date of the entry of this order, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motion for temporary restraining order. Additionally, based on the nature of the allegations, the defendants shall have until October 21, 2025 to file their substantive response to Porchia's motion for temporary restraining order (ECF No. 1-1). **That substantive response must address**

1  **Porchia's health condition; any current medications he is receiving and treatment he is**

2  **being provided; whether he has seen an outside cardiologist; if Porchia has seen a**

3  **cardiologist, when and what treatment and medications that cardiologist ordered; whether**

4  **any cardiologist-recommended treatments and medications have been provided to Porchia;**

5  **and why I should not order the defendants to have Porchia seen and treated by an outside**

6  **cardiologist.**

7       I FURTHER ORDER that if Porchia chooses to file a reply, he shall do so by October 28,

8  2025.

9       I FURTHER ORDER the clerk of the court to electronically serve a copy of this order, a

10  copy of (1) Porchia's motion for temporary restraining order (ECF No. 1-1), (2) Porchia's

11  ocmplaint (ECF No. 6), and my screening order (ECF No. 5) on the Office of the Attorney

12  General of the State of Nevada, by adding the Attorney General of the State of Nevada to the

13  docket sheet.  This does not indicate acceptance of service for any defendant.

14       DATED this 6th day of October, 2025.

16  ANDREW P. GORDON
17  CHIEF UNITED STATES DISTRICT JUDGE

2