AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Specially Appearing Parties*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY PORCHIA,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>      Defendants. | Case No. 2:25-cv-01839-APG-NJK<br><br>**ORDER GRANTING<br>MOTION TO EXTEND THE TIME<br>TO FILE RESPONSE TO MOTION<br>FOR TEMPORARY RESTRAINING<br>ORDER<br>ECF NO. 7<br>[FIRST REQUEST]** |

Specially Appearing Parties, putatively named Defendants referenced in Plaintiff's Motion, by and through counsel, hereby submit their Motion to Extend the Time to File Response to Motion for Temporary Restraining Order by 14 days. ECF No. 7.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT**

This is a pro se prisoner civil rights action brought by Plaintiff Larry Porchia, asserting claims pursuant to 42 U.S.C. § 1983. On October 6, 2025, this Court ordered for Specially Appearing Parties to file a response to Plaintiff's Motion for Temporary Restraining Order, ECF No. 1-1, and to provide information related to specific request from the court, ECF No. 7 at 1¶8-2:6, by October 21, 2025. *Id*. at 1:21-23.

Counsel for Specially Appearing Parties reached out to High Desert State Prison for information responsive to the motion and court order during the week of October 13, 2025.

On Thursday, October 16, 2025, he received information that Plaintiff had been moved to Lovelock Correctional Center (LCC) on October 9, 2025, and that his records were no longer at High Desert State Prison.[1] On October 16, 2025, counsel emailed medical staff at LCC and received the following information on October 21, 2025.

When Plaintiff was transferred to LCC, he completed an intake where he met with a correctional nurse who reported that Plaintiff self-reported that he had hypertension and non-heart issues but did not indicate he needed any immediate care. Plaintiff also indicated that he had his keep on person's medications with him. Medical at LCC also indicated that the soonest that he could be seen by the provider at LCC, due to staffing limitations, would be during the week of October 27, 2025, through October 31, 2025. Medical at LCC informed counsel that Plaintiff was put on the list to be seen by the provider during that time. Counsel is working to set up a phone call with Plaintiff during that week as well to discuss his motion, see if there is any resolution that can be made without court intervention, and to inform him that he needs to update his address with the Court.

Therefore, Counsel requests an additional 14 days to speak with Plaintiff and allow Medical at LCC to complete their evaluation of Plaintiff.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Specially Appearing Parties' request is timely and will not hinder or prejudice Plaintiff's case, as he will be receiving direct medical care and that the delay is needed to provide the Court a full explanation of the information needed to answer the Court's order.

///

///

---

[1] Plaintiff has yet to update his address with the Court.

## II. CONCLUSION

Specially Appearing Parties assert that the requisite good cause and extenuating circumstance are present to warrant the requested extension of time. Therefore, the Specially Appearing Parties request an extension until November 4, 2025, to file their response to Plaintiff's motion for Temporary Restraining Order.

DATED this 21st day of October, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

*Attorneys for Specially Appearing Parties*

IT IS SO ORDERED:

Dated: November 3, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE