```
AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov
```

*Attorneys for Specially Appearing Parties*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY PORCHIA,<br><br>  Plaintiff,<br><br> v.<br><br>JAMES DZURENDA, *et al.*,<br><br>  Defendants. | Case No. 2:25-cv-01839-APG-NJK<br><br>**ORDER GRANTING<br>MOTION TO EXTEND THE TIME<br>TO FILE RESPONSE TO MOTION<br>FOR TEMPORARY RESTRAINING<br>ORDER**<br><br>**ECF NO. 7<br>[SECOND REQUEST]** |

Specially Appearing Parties, putatively named Defendants referenced in Plaintiff's Motion, by and through counsel, hereby submit their Motion to Extend the Time to File Response to Motion for Temporary Restraining Order by 7 days. ECF No. 14. This is the second request.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.   RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT**

This is a pro se prisoner civil rights action brought by Plaintiff Larry Porchia, asserting claims pursuant to 42 U.S.C. § 1983. On October 6, 2025, this Court ordered for Specially Appearing Parties to file a response to Plaintiff's Motion for Temporary Restraining Order, ECF No. 1-1, and to provide information related to specific request from the court, ECF No. 7 at 118-2:6, by October 21, 2025. *Id.* at 1:21-23. On October 21, 2025,

///

Specially Appearing Parties submitted a motion for a 14-day extension on their response. ECF No. 11.

On October 28, 2025, counsel for Specially Appearing Parties and Plaintiff had a phone call to discuss the status of the case. Counsel explained what had transpired in the case since he had been moved from High Desert State Prison to Lovelock Correctional Center (LCC). Counsel explained that Plaintiff would be seen by medical in the next couple of days and that would be his opportunity to talk about the specific medical care that he is seeking.

Counsel then emailed the Director of Nursing at LCC on Thursday, October 30, 2025, for an update about the appointment. Counsel received a response on Monday, November 3, 2025, where the Director of Nursing explained that Porchia's medical file was reviewed by the Medical Provider at LCC. Due to staffing limitations, LCC only has a provider come for a couple days every other week and due to a large backlog, this provider was not able to meet with Porchia but did review his file. The Provider is still providing documentation to counsel, but the Director of Nursing at LCC explained that the current plan for now is that the provider will be rewriting consultation requests for Echo and Stress test with the Holter monitor follow up with Cardiology which should be completed soon and submitted to the Utilization Review Committee (URC) for approval. The URC generally meet each week.

Therefore, Counsel requests an additional 14 days to allow the URC to review request and for counsel to get copies of the provider's notes.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

///

///

Specially Appearing Parties' request is timely and will not hinder or prejudice Plaintiff's case, as he will be receiving direct medical care and that the delay is needed to provide the Court a full explanation of the information needed to answer the Court's order.

## II. CONCLUSION

Specially Appearing Parties assert that the requisite good cause and extenuating circumstance are present to warrant the requested extension of time. Therefore, the Specially Appearing Parties request an extension until November 18, 2025, to file their response to Plaintiff's motion for Temporary Restraining Order.

DATED this 4th day of November 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

*Attorneys for Specially Appearing Parties*

IT IS SO ORDERED:

Dated: November 6, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE