UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY PORCHIA,<br><br>  Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>  Defendants | Case No.: 2:25-cv-01839-APG-NJK<br><br>**Order Denying Motion for Temporary Restraining Order**<br><br>[ECF No. 1-1] |

Larry Porchia is an inmate in the custody of the Nevada Department of Corrections. Porchia was at High Desert State Prison (HDSP) when he filed this lawsuit and moved for a temporary restraining order (TRO) based on allegations that the defendants were deliberately indifferent to his serious medical needs related to his heart condition. ECF Nos. 1; 1-1. However, he has since been moved to Lovelock Correctional Center (LLC). ECF No. 24-1 at 2. The defendants have presented evidence that since Porchia arrived at LLC, he has received medical attention and medications, has been approved for various tests and a cardiology follow up, his blood pressure checks have been normal, and he does not require intensive care. *Id.* at 2-4. Porchia has not filed a reply, and thus has not disputed that evidence. Accordingly, there is no need for an injunction because even if Porchia faced a likelihood of irreparable harm when he filed his motion, he does not now. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

I THEREFORE ORDER Larry Porchia's motion for temporary restraining order **(ECF No. 1-1) is DENIED**.

/ / / /

/ / / /

I FURTHER ORDER that the defendants' motion to extend time **(ECF No. 23) is GRANTED**.

DATED this 5th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE