**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY PORCHIA, | Case No.: 2:25-cv-01839-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants | |

Larry Porchia filed this civil-rights action under 42 U.S.C. § 1983. Porchia also filed an application to proceed *in forma pauperis* demonstrating that he can pay the full $405 filing fee for this case without undue hardship. *See* ECF No. 22 at 8 (showing an inmate trust account balance well over the amount of the full filing fee as of November 2025). Based on this financial information, I deny the application to proceed *in forma pauperis* and direct Porchia to pay the full $405 filing fee by **March 12, 2026**, before this case may proceed. Alternatively, if Porchia's financial situation has changed, he may submit a new *in forma pauperis* application with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After I determine the matter of the payment of the filing fee, I will issue an order on the matter of service.

**CONCLUSION**

I THEREFORE ORDER that Porchia's first application to proceed *in forma pauperis* **(ECF No. 3) is denied as moot**.

I FURTHER ORDER that Porchia's second application to proceed *in forma pauperis* **(ECF Nos. 20, 22) is denied**.

I FURTHER ORDER Porchia to pay the full filing fee of $405 by **March 12, 2026**, to proceed with this case.

Alternatively, if Porchia's financial situation has changed, he may submit a new *in forma pauperis* application by **March 12, 2026**, with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status.

I FURTHER ORDER that, if Porchia fails to timely comply this this order, I will dismiss this case without prejudice.

Dated: February 10, 2026

_____
Chief United States District Judge

2