**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Larry Porchia,

      Plaintiff(s),

v.

James E. Dzurenda, et al.,

      Defendant(s).

Case No. 2:25-cv-01839-APG-NJK

**ORDER**

[Docket No. 38]

Pending before the Court is Plaintiff's motion seeking issuance of summonses with the names and addresses for John Doe and Jane Doe Nurses. Docket No. 38. The deadline to respond has now expired. *See* Local Rule 7-2(b).

The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). Given the context, it appears that Plaintiff is seeking a subpoena for this information.[1] While such a subpoena is potentially available to Plaintiff, courts generally refrain from utilizing the subpoena process for similar types of information when less intrusive means exist. *See DeCoste v. Med. Staff at CCDC*, 2025 WL 3757020, at *1 (D. Nev. Dec. 23, 2025); *see also, e.g.*, *Picozzi v. Clark Cnty. Det. Ctr.*, 2016 WL 6562941, at *2-3 (D. Nev. Nov. 2, 2016) (ordering counsel for county jail to investigate and file full names, badge numbers, last known addresses, and telephone numbers under seal).

---

[1] Although discovery is not generally open in this case at this time, courts have allowed early discovery to identify doe defendants. *See, e.g.*, *Rotten Records, Inc. v Doe*, 108 F. Supp. 3d 132, 133 (W.D.N.Y. 2015).

Defense counsel must file a response to Plaintiff's motion by <u>May 26, 2026</u>.

IT IS SO ORDERED.

Dated: May 12, 2026

_____

Nancy J. Koppe
United States Magistrate Judge