UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Larry Porchia, | Case No. 2:25-cv-01839-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 38] |
| James E. Dzurenda, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion seeking issuance of summonses with the names and addresses for John Doe and Jane Doe Nurses. Docket No. 38. No response was filed by the deadline. *See* Local Rule 7-2(b). On May 12, 2026, the Court ordered defense counsel to file a response to the motion by May 26, 2026. Docket No. 39. Defense counsel violated that order. As discussed below, the Court GRANTS Plaintiff's motion as unopposed. *See* Local Rule 7-2(d).

The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). Although discovery is not generally open in this case at this time, courts have allowed early discovery to identify doe defendants. *See, e.g.*, *Rotten Records, Inc. v Doe*, 108 F. Supp. 3d 132, 133 (W.D.N.Y. 2015). The Court construes Plaintiff's motion as seeking an order that defense counsel must investigate the identities of the doe defendants, file a notice on the public docket detailing the investigation conducted and providing the full names of the doe defendants who were identified, and file a notice under seal with the last known address for any identified defendant for whom service cannot be accepted. *See* Docket No. 39 at 1 (discussing *Picozzi v. Clark Cnty. Det. Ctr.*, 2016 WL 6562941, at *2-3 (D. Nev. Nov. 2, 2016)).

Accordingly, the Court **GRANTS** Plaintiff's motion as unopposed. Defense counsel must immediately investigate the identities of the doe defendants. No later than June 11, 2026, defense

counsel must file a notice detailing the investigation conducted and providing the full names of the doe defendants who were identified.  No later than June 11, 2026, defense counsel must also file under seal a notice providing the last known address for any identified defendant for whom service cannot be accepted.

IT IS SO ORDERED.

Dated: May 28, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2