# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Larry Porchia, | Case No. 2:25-cv-01839-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| James E. Dzurenda, et al., | |
| Defendant(s). | |

Defendants Bean, Betterly, and Dzurenda responded to the complaint by filing, *inter alia*, a motion for summary judgment. Docket No. 42. If Defendants seek a stay of discovery pending resolution of that motion, they must file a request addressing the governing standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579 (D. Nev. 2013). Such motion must be filed by June 23, 2026.

IT IS SO ORDERED.

Dated: June 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1