**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY PORCHIA, | Case No.: 2:25-cv-01839-APG-NJK |
| Plaintiff | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 49] |
| JAMES DZURENDA, et al., | |
| Defendants | |

I HEREBY GRANT Larry Porchia's motion for an extension of time to respond to the defendants' motion to dismiss and for summary judgment. Porchia's response is due by **August 3, 2026.**

Dated: June 23, 2026

_____
Chief United States District Judge