**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Larry Porchia, | Case No. 2:25-cv-01839-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 51] |
| James E. Dzurenda, et al., | |
| Defendant(s). | |

This is a prisoner civil rights case in which Defendants responded to the complaint by filing dispositive motions. Docket Nos. 41, 42. Plaintiff's response deadline to the underlying dispositive motions has been extended to August 3, 2026. Docket No. 50. Defendants seek a stay of discovery pending resolution of those dispositive motions. Docket No. 51. Given the governing standards for a motion to stay discovery, *see Kor Media Grp., LLC v. Green*, 294 F.R.D. 579 (D. Nev. 2013), the Court **defers** ruling on the motion to stay discovery because the briefing deadlines have not yet run on the underlying dispositive motion practice. In addition, Plaintiff's deadline to respond to the motion to stay discovery is also extended to August 3, 2026.

IT IS SO ORDERED.

Dated: July 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1