**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY PORCHIA,<br><br>Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants | Case No.: 2:25-cv-01839-APG-NJK<br><br>**Order Granting Second Motion for Extension of Time**<br><br>[ECF No. 53] |

I HEREBY GRANT Larry Porchia's second motion (ECF No. 53) for an extension of time to respond to the defendants' motion to dismiss and for summary judgment. Porchia's response is due by **October 2, 2026.** No further extensions will be granted absent extraordinary circumstances.

Dated: September 8, 2026

Chief United States District Judge