**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Larry Porchia,

Plaintiff(s),

v.

James E. Dzurenda, et al.,

Defendant(s).

Case No. 2:25-cv-01839-APG-NJK

**Order**

[Docket No. 51]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss and motion for summary judgment. Docket No. 51. The motion to stay discovery and the underlying motions have now been briefed. *See* Docket Nos. 54, 55; *see also* Docket Nos. 41-42, 58, 62.[1] Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[2] Accordingly, the Court **GRANTS** the motion to stay discovery. If resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery plan within 21 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: October 20, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to dismiss is not intended to prejudice its outcome. *See id.* The undersigned will not provide herein discussion of the substance of the arguments presented.